

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Leonardo HERNANDEZ, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Magistrate Case No. '21 MJ0099 <br><br> COMPLAINT FOR VIOLATION OF <br> Title 8 U.S.C. Section <br> 1324(a)(2)(B)(iii)- <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant being duly sworn states:

On or about January 12, 2021, within the Southern District of California, Defendant, Leonardo HERNANDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, N.L.L., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

_____
SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on January 13, 2021.

_____
HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMNT

The complainant states that N.L.L., is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impractical to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 12, 2021, at approximately 4:04 A.M., Leonardo HERNANDEZ (Defendant), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa, California Port of Entry vehicle primary lanes. Defendant was the driver and appeared to be the sole occupant of a silver Scion TC bearing California license plates. A United States Customs and Border Protection (CBP) Canine Enforcement Officer (CEO) conducting pre-primary inspections screened Defendant's vehicle at the primary booth with a Narcotics Human Detecting Dog (NHDD). The NHDD alerted to the dashboard area of the vehicle. The CEO inspected the area and discovered a person concealed within the dashboard. Upon inspection before Customs and Border Protection (CBP) Officer, Defendant presented his U.S. Department of Veterans Affairs Health Benefits card and said he was going to San Diego, California with nothing to declare. The CEO advised the CBP Officer of the discovery. The CBP Officer secured Defendant, who was subsequently escorted to the security office. The vehicle was driven to secondary for further inspection.

In secondary, CBP Officers removed the glove compartment and observed a person concealed. CBP Officers assisted a male from within the non-factory dashboard compartment. The male was later identified as N.L.L., (Material Witness), a citizen and national of Mexico without legal documents to enter, pass through or reside in the United States. The male is being held as a Material Witness.

A video-recorded interview was conducted with Material Witness. Material Witness stated he is a citizen of Mexico without lawful documents to enter or reside in the United States. Material Witness stated his uncle made all the smuggling arrangements and was going to pay an unknown amount of money upon successful entry into the United States. Material Witness stated he was going to Los Angeles, California.

1